# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>**ROBIN A. WILLIAMS**<br>**AKA ROBIN A. COLON**<br>**AKA ROBIN ANN COLON**<br>**AKA ROBIN ANN WILLIAMS**<br>**AKA ROBIN COLON**<br>**AKA ROBIN WILLIAMS**<br><br>    **DEBTORS** | **BANKRUPTCY NO. 19-11188**<br><br>**CHAPTER 7** |

## ORDER

AND NOW,   upon the motion of Debtor to avoid an alleged judicial lien Docket No. 18-19709 in the Court of Common Pleas of Berks County, Pennsylvania, of  Midland Funding, LLC in Debtor[s's] exempt real located at 729 N. 8th Street, Reading, Berks County, Pennsylvania 19604 and 120 Mulberry Street, Reading, Berks County, Pennsylvania 19604, and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to Section 522(f)(1), and upon Debtor having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed.

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien in Debtor's real located in  729 N. 8th Street, Reading, Berks County, Pennsylvania 19604 and 120 Mulberry Street, Reading, Berks County, Pennsylvania 19604  is avoided to the extent it impairs Debtor's exemption.

IT IS FURTHER ORDERED, pursuant to Section 349(b)(1)(B), 11 U.S.C.§349(b)(1)(B), that dismissal of this case reinstates and lien voided under Section 522.

BY THE COURT

RICHARD E. FEHLING
United States Bankruptcy Judge