*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robin A. Williams

     Debtor(s)

Case No: 19–11188–ref

Chapter: 7

_____

**REAFFIRMATION HEARING NOTICE**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE IS HEREBY GIVEN THAT a Reaffirmation hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider

Reaffirmation Agreement Between Debtor and Santander Consumer USA Inc.

On: 4/25/19

At: 09:30 AM

In: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Dated:  4/4/19

Timothy B. McGrath
Clerk of Court

16 – 13
Form 172