United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-11188-ref
Robin A. Williams                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 1              Date Rcvd: Apr 25, 2019
                              Form ID: pdf900          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2019.
db             Robin A. Williams,    729 N 8th St,    Reading, PA  19604-2521
cr            +Santander Consumer USA Inc.,    C/O Stewart, Zlimen & Jungers Ltd.,    2860 Patton Rd.,
               Roseville, MN 55113-1100
14279553      +Law Offices of Hayt, Hyat & Landau, LLC,    2 Industrial Way W Box 500,
               Eatontown, NJ 07724-2279
14290635      +Midland Funding, LLC,    2525 Northside Dr., Suite 300,    San Diego, CA 92108-2724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bnc@atlasacq.com Apr 26 2019 02:37:20      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 26 2019 02:43:09      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                                    Signature:  /s/Joseph Speetjens 

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2019 at the address(es) listed below:
          ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.axosfs.com
          SHAWN J. LAU   on behalf of Debtor Robin A. Williams shawn_lau@msn.com,
           g61705@notify.cincompass.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>ROBIN A. WILLIAMS<br>AKA ROBIN A. COLON<br>AKA ROBIN ANN COLON<br>AKA ROBIN ANN WILLIAMS<br>AKA ROBIN COLON<br>AKA ROBIN WILLIAMS<br><br>DEBTORS | BANKRUPTCY NO. 19-11188<br><br>CHAPTER 7 |
|---|---|

## AMENDED ORDER

AND NOW, upon the motion of Debtor to avoid an alleged judicial lien Docket No. 18-19709 in the Court of Common Pleas of Berks County, Pennsylvania, of Midland Funding, LLC in Debtor's exempt real located at 729 N. 8th Street, Reading, Berks County, Pennsylvania 19604 and 1120 Mulberry Street, Reading, Berks County, Pennsylvania 19604, and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to Section 522(f)(1), and upon Debtor having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed.

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien in Debtor's real located in 729 N. 8th Street, Reading, Berks County, Pennsylvania 19604 and 1120 Mulberry Street, Reading, Berks County, Pennsylvania 19604 is avoided to the extent it impairs Debtor's exemption.

IT IS FURTHER ORDERED, pursuant to Section 349(b)(1)(B), 11 U.S.C.§349(b)(1)(B), that dismissal of this case reinstates and lien voided under Section 522.

BY THE COURT

4/25/19

RICHARD E. FEHLING
United States Bankruptcy Judge